

# Case Assignment
# Standard CivilAssignment

Case number **1:10CV-92-R**

Assigned : Chief Judge Thomas B. Russell
Judge Code : 4413

Assigned on 05/26/2010

[ Request New Judge ] ..... [ Return ]