UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
Civil Action No. 1:10-cv-00092-TBR

| | |
|---|---|
| **TYLER WOOD** | **PLAINTIFF** |
| v. | |
| **DAVID DUNN** | **DEFENDANTS** |
| and | |
| **DUNN SURVEYING, INC.** | |

___

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT**
___

David Dunn, a natural person, and Dunn Surveying, Inc., a Mississippi corporation, by and through counsel, having made its Motion to Dismiss Complaint or Alternatively, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1391(b) (the "Motion"); the Court having considered the Motion, and any response thereto filed by the Plaintiff, and being otherwise sufficiently advised:

IT IS HEREBY ORDERED:

The Motion is SUSTAINED. Pursuant to Fed. R. Civ. Proc. 12(b)(3), and 28 U.S.C. §1391(b), this Court finds that venue is not proper for the Plaintiff's Complaint in the Western District of Kentucky. The Complaint is hereby DISMISSED WITHOUT PREJUDICE.

Entered: _____

Respectfully submitted,

**FOWLER MEASLE & BELL PLLC**

*/s/ Matthew D. Ellison*
Elizabeth S. Feamster, Esq.
Matthew D. Ellison, Esq.
300 West Vine Street, Suite 600
Lexington, KY  40507-1660
Telephone: 859-252-6700
Facsimile:  859-255-3735
E-mail:  EFeamster@Fowlerlaw.com
             MEllison@Fowlerlaw.com
**ATTORNEYS FOR DEFENDANTS**

Copies to counsel of record:   Andrew Alitowski, Esq.

　　　　　　　　　　　　　　　　Elizabeth S. Feamster, Esq.
　　　　　　　　　　　　　　　　Matthew D. Ellison, Esq.

*ALL VIA ELECTRONIC SERVICE*

4837-4990-25981/8631.00010